# In the United States Court of Federal Claims

No. 14-183L
(Filed: May 16, 2018)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## O R D E R

The court is in receipt of the government's motion (ECF No. 436), filed May 14, 2018, for reconsideration of the court's February 23, 2018 trial opinion (ECF No. 422) and plaintiffs' May 15, 2018 motion (ECF No. 437) to consolidate briefing on the parties' motions for reconsideration and the briefing as provided by the court's April 24, 2018 order (ECF No. 433). Plaintiffs' motion is opposed by defendant (ECF No. 438). After consideration the plaintiffs' motion is **DENIED** and the court **ORDERS** as follows:

1. The briefing schedule is as follows:

   **May 31, 2018**   The parties shall file response briefs addressing the opposing party's arguments concerning the impact of the *St. Bernard Parish* decision on the plaintiffs' motion for reconsideration.

   **May 31, 2018**   Plaintiffs shall file a response to the government's motion for reconsideration (ECF No. 436).[1]

---

[1] Plaintiffs may file a combined brief addressing defendant's argument of the impact of the *St. Bernard Parish* decision on their motion for reconsideration and responding to defendant's motion for reconsideration.

      **June 15, 2018**      Government shall file its reply in support of its motion for reconsideration.

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Word) via e-mail to the following address: "firestone_chambers@cfc.uscourts.gov".

The court will schedule a hearing on the parties' motions for reconsideration once briefing is completed and the court has had an opportunity to review the filings.

2. In light of the parties' motions for reconsideration (ECF Nos. 429 and 436) the court **VACATES** its March 1, 2018 order (ECF No. 423) and a schedule for the next phase of the litigation will be set after the court rules on the parties' motions for reconsideration.

**IT IS SO ORDERED.**

                                                  s/Nancy B. Firestone
                                                NANCY B. FIRESTONE
                                                Senior Judge