# In the United States Court of Federal Claims

No. 14-183L
(Filed: June 21, 2018)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**O R D E R**

The court is in receipt of the plaintiffs' motion (ECF No. 443), filed June 18, 2018, for leave to file a combined reply to defendant's response to plaintiffs' brief regarding the impact of *Saint Bernard Parish* on plaintiffs' motion for reconsideration and sur-reply to defendant's reply in support of its motion for reconsideration ("combined reply – sur-reply"). In its response, the defendant represents that it does not oppose the plaintiffs' motion as long as defendant is allowed to respond to any new arguments raised by plaintiffs' combined reply – sur-reply. (ECF No. 444)

The court **GRANTS** plaintiffs' motion and the court **ORDERS** as follows:

(1) Plaintiffs shall have until **July 6, 2018** to file a combined reply to defendant's response to plaintiffs' brief regarding the impact of *Saint Bernard Parish* on plaintiffs' motion for reconsideration and sur-reply to defendant's reply in support of its motion for reconsideration.

(2) Defendant shall have until **July 13, 2018** to file a brief to respond to any new arguments raised by plaintiffs' combined reply – sur-reply.

(3) The plaintiffs and defendant's briefs shall not exceed 20 pages. In addition, the court will not consider any further requests for additional briefing.

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Word) via e-mail to the following address: "firestone_chambers@cfc.uscourts.gov".

**IT IS SO ORDERED.**

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Senior Judge