**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*Filed Electronically: July 13, 2018*

| | | |
|---|---|---|
| IDEKER FARMS, INC., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.:  1:14-cv-00183-NBF |
| v. | ) | |
| | ) | Senior Judge Nancy B. Firestone |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO PLAINTIFFS' COMBINDED REPLY TO THE
UNITED STATES' RESPONSE TO PLAINTIFFS' BRIEF REGARDING THE IMPACT
OF *ST. BERNARD PARISH* ON PLAINTIFFS' MOTION FOR RECONSIDERATION
AND PLAINTIFFS' SUR-REPLY TO THE UNITED STATES' REPLY IN SUPPORT OF
ITS MOTION FOR RECONSIDERATION**

The United States files this response to plaintiffs' combined reply and sur-reply, dated

July 6, 2018.  *See* Pls.' Combined Reply to the United States' Resp. to Pls.' Br. Regarding the

Impact of *St. Bernard Parish* on Pls.' Mot. for Recons. and Sur-Reply to United States' Reply in

Supp. of its Mot. for Recons. ("Plaintiffs' Sur-Reply"), ECF No. 447.  Pursuant to the Court's

June 21, 2018 Order, the United States limits its response to the new arguments raised by

plaintiffs.  *See* Order dated June 21, 2018, ECF No. 446.

Plaintiffs' Sur-Reply adds new terminology to many of the same arguments regarding the

impact of *St. Bernard Parish* on this litigation.  The United States does not address that new

terminology because the United States' previous briefs already refute plaintiffs' arguments and

because the Court plans to hold oral argument on the parties' respective motions for

reconsideration.  It is appropriate, however, to address plaintiffs' new waiver argument.

Plaintiffs mistakenly contend that the United States waived the right to argue that

plaintiffs' claims fail because of their reliance on "inaction or failure to act," instead of

"affirmative government acts."  *St. Bernard Parish v. United States*, 887 F.3d 1354, 1361 (Fed.

Cir. 2018); Plaintiffs' Sur-Reply at 1-2.  This is untrue; it is always plaintiffs' obligation to

establish that affirmative government action effected a claimed taking.  Plaintiffs have not cited

any authority supporting the proposition that the United States can "waive" an affirmative

element of plaintiffs' cause of action on which plaintiffs bear the burden of proof.  Plaintiffs

raised the action-inaction issue in their first brief addressing the impact of *St. Bernard Parish* on

their motion for reconsideration, thus opening the door to whether plaintiffs' relied on inaction

by the United States, instead of affirmative actions.  *See* Pls.' Reply to the United States' Resp.

to Pls.' Mot. for Recons. at 25-28, ECF No. 434.  The United States responded to that

argument—showing that the Court had found that plaintiffs' own evidence regarding increased

water surface elevations was based, in part, on the "failure to maintain" the BSNP.  *See* United

States' Resp. to Pls.' Br. Regarding the Impact of *St. Bernard Parish* on Pls.' Mot. for Recons. at

11, ECF No. 441 (quoting *Ideker Farms, Inc. v. United States*, No. 14-183L, 218 WL 1282417,

at *38 (Fed. Cl. Mar. 13, 2018)).  The United States did not, and was not required to, separately

address plaintiffs' impermissible reliance on "inaction or the failure to act" to prove causation in

the United States separate motion for reconsideration.  Even so, plaintiffs have now had yet

another opportunity to address their reliance on "inaction or the failure to act," choosing to

sidestep that issue with their unfounded waiver argument, instead of directly responding to the

evidence that plaintiffs did, in fact, impermissibly rely on "inaction or the failure to act" to

attempt to prove causation.

Respectfully submitted July 13, 2018.

JEFFREY H. WOOD
ACTING ASSISTANT ATTORNEY GENERAL
United States Department of Justice
Environment & Natural Resources Division

 *s/ Terry M. Petrie*
TERRY M. PETRIE
CARTER F. THURMAN
EDWARD C. THOMAS
United States Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1369
Fax: (303) 844-1350
E-mail: Terry.Petrie@usdoj.gov

***Attorneys for United States***