# In the United States Court of Federal Claims

No. 14-183L
(Filed: September 5, 2018)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

    Oral argument on the parties' motions for reconsideration (ECF Nos. 429 and 436) of the court's February 23, 2018 trial opinion (ECF No. 422) shall be heard on **Thursday, November 1, 2018 at 9:00 AM central time** at the United States District Court, for the Western District of Missouri, Charles Evans Whittaker Courthouse, 400 East 9th Street, Courtroom 8A, Kansas City, MO, 64104.  Counsel for each party shall appear in person.

    **IT IS SO ORDERED.**

s/Nancy B. Firestone<br>
NANCY B. FIRESTONE<br>
Senior Judge