# In the United States Court of Federal Claims

No. 14-183L
(Filed: October 1, 2018)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

The court has reviewed the parties' joint status report (ECF No. 452), filed September 28, 2018, and after consideration **ORDERS** as follows:

The above-captioned case is hereby **STAYED** pending the outcome of the September 17, 2018 *petition for certiorari* filed by plaintiffs in *St. Bernard Parish v. United States*, 887 F.3d 1354 (Fed. Cir. 2018). Defendant shall file a status report on the status of the *St. Bernard Parish* plaintiffs' *petition for certiorari* by **December 17, 2018**, or within five days of the Supreme Court's decision on whether to grant *certiorari*, whichever is first.

The court's September 5, 2018 order (ECF No. 450) is hereby **VACATED** and oral argument on the parties' motions for reconsideration scheduled for November 1, 2018, is **CANCELLED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
