# In the United States Court of Federal Claims

No. 14-183L
(Filed: June 14, 2019)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**ORDER ON JOINT MOTION TO SUBSTITUTE PHASE II PLAINTIFF**

The court is in receipt of the parties' joint stipulation for substitution of phase II plaintiff filed on June 13, 2019 (ECF No. 484). Based on the representations in the joint motion, the court **GRANTS** the parties' request to include as a representative plaintiff KMJ Farms, Inc. (Property 24) in lieu of Sargent (Property 21).

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge
