# In the United States Court of Federal Claims

No. 14-183L
(Filed: May 11, 2020)

|  |  |
|---|---|
| IDEKER FARMS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**ORDER SETTING EXPEDITED BRIEFING ON MOTION TO STRIKE**

    The court is in receipt of the plaintiffs' motion filed on May 11, 2020 to strike the supplemental report of defendant's expert Dr. Robert O. Evans, Jr. (ECF No. 567). The court **ORDERS** the government to file its response to the plaintiffs' motion by **Monday, May 18, 2020** and the plaintiffs to file their reply by **Friday, May 22, 2020**.

    **IT IS SO ORDERED.**

                                                                s/Nancy B. Firestone
                                                                 NANCY B. FIRESTONE
                                                                 Senior Judge