## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed on July 26, 2020*

| | |
|---|---|
| IDEKER FARMS, INC., *et al*., ) | |
| ) | No. 14-183 L |
| Plaintiffs, ) | |
| ) | Senior Judge Nancy B. Firestone |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## THE UNITED STATES' AMENDED ANTICIPATED
## WITNESS ORDER FOR TRIAL

The United States amends its earlier filing of anticipated witness order (ECF No. 624) to provide below its currently anticipated order of witness and the estimated testimony time for each. The United States reserves the right to further amend the order of witnesses or the testimony time. The United States also reserves the right to incorporate testimony from other "may call" witnesses, to the extent necessary. The United States reserves any additional time for cross-examination.

      a. Dr. Ari Kelman (expert witness) – 1.25 hours
      b. John Remus (Corps fact witness) – 1.5 hours
      c. Dan Pridal (Corps fact witness) – 0.75 hour
      d. Eric Shumate (Corps fact witness) – 0.75 hour
      e. Dr. Robert Holmes (expert witness) – 2 hours
      f. Jon Jones (expert witness) – 2 hours
      g. Andrew Earles (expert witness) – 1 hour
      h. Virginia Green (USDA fact witness) – 0.5 hour
      i. Sean O'Neill (USDA fact witness) – 0.5 hour
      j. Lynette Gruchow (USDA fact witness) – 0.5 hour
      k. Ryan Mesner (USDA fact witness) – 0.5 hour
      l. Autumn Simmons (USDA fact witness) – 0.5 hour
      m. Dr. Robert Evans (expert witness) – 4.5 hours
      n. David Zanoni (USDA fact witness) – 3 hours
      o. Jeff Bradley (expert witness) – 1.25 hours
      p. Dr. David Sunding (expert witness) – 2 hours

Respectfully submitted on this 26th day of July, 2020.

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY
GENERAL

 /s/ *Brent Allen*
BRENT ALLEN
ELIZABETH MCGURK
BRAD LENEIS
TERRY PETRIE
FRANK SINGER
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square, Office 3.153
150 M Street NE
Washington DC 20002
(202) 305-3284
(202) 305-0506 (fax)
(202) 305-5140 (mobile)
Brent.Allen@usdoj.gov

*Attorneys for the United States*