## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **IDEKER FARMS, INC.,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-00183-NBF |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | Senior Judge Nancy B. Firestone |
| | ) | |
| **Defendant.** | ) | |

### SELECT PLAINTIFFS' MOTION TO DISMISS

The following Plaintiffs hereby move to dismiss their claims in this action *with prejudice*, with each party to bear their own costs:

Aberle, Michael and Shelle
Anderson, David
Barnes, Tracey
Boll, Rodney
Foreman, Floyd (Betty, deceased 5/21/18) d/b/a Maaske Farms
Olson, Gary d/b/a Gary E. Olson Farms, Inc.
Olson, Jon d/b/a Jon C. Olson Farms, Inc.
Olson, Steve d/b/a Steve Olson Farms, Inc.
Rodgers, Jerome D.
Wiedrich, Roland and Dorine

**Dated:** August 11, 2020

Respectfully submitted,

_/s/ R. Dan Boulware_

**R. Dan Boulware**
    *Attorney of Record*
**Edwin H. Smith**
**Seth C. Wright**
**Polsinelli PC**
3101 Frederick Avenue
St. Joseph, MO 64506
Telephone: (816) 364-2117
E-mail:    dboulware@polsinelli.com
            esmith@polsinelli.com
            scwright@polsinelli.com

**Benjamin D. Brown, DC 495836**
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW
Suite 500 W
Washington, D.C. 20005
Telephone: 202-408-4600    Fax: 202-408-4699
E-mail:    bbrown@cohenmilstein.com

**ATTORNEYS FOR PLAINTIFFS**