# In the United States Court of Federal Claims

No. 14-183 L
Filed: February 9, 2021

**IDEKER FARMS, INC.,**
et al.

    v.

**THE UNITED STATES**

**RULE 54(b)
JUDGMENT**

    Pursuant to the court's Trial Opinions, filed March 13, 2018 and December 14, 2020, and Order, filed February 8, 2021, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Robert Adkins, Jr., Robert Adkins, Sr., the Estate of Betty Adkins, the Estate of Robert Adkins, Sr., and Ken Adkins d/b/a Robert Adkins & Sons Partnership **("Adkins Plaintiffs")**; Ideker Farms, Inc. **("Ideker Plaintiff");** and Buffalo Hollow Farms, Inc. **("Buffalo Hollow Plaintiff")** are awarded just compensation for the taking of the MRRP flowage easement over their Phase II representative properties in the following principal amounts with interest through December 31, 2020, compounded annually and calculated using the Moody's Composite Index of Yields on Aaa Long-Term Corporate Bonds (the "Moody's Rate"):

- **Adkins Plaintiffs**: $1,530,268.00 for the value of the MRRP flowage easement, plus $352,510.22 in compound interest thereon from December 31, 2014, through December 31, 2020, for a total award through December 31, 2020 of $1,882,778.22;

- **Ideker Plaintiff**: (1) $3,698,887.00 for the value of the MRRP flowage easement, plus $852,069.99 in compound interest thereon from December 31, 2014, through December 31, 2020, for a total of $4,550,956.99; and (2) $1,032,338.00 for the cost of the 2010 levee repair, plus $463,690.22 in compound interest thereon from January 1, 2011, through December 31, 2020, for a total of $1,496,028.22, for a total award though December 31, 2020 of $6,046,985.21; and

- **Buffalo Hollow Plaintiff**: $1,868,928.00 for the value of the MRRP flowage easement, plus $430,523.42 in compound interest thereon from December 31, 2014, through December 31, 2020, for a total award through December 31, 2020 of $2,299,451.43.

    In addition, plaintiffs are awarded further interest on the foregoing amounts from January 1, 2021, until all amounts awarded are paid in full, compounded annually and calculated at the Moody's Rate for each corresponding year after January 1, 2021, at the rate reported by the Federal Reserve of St. Louis.

                                            Lisa L. Reyes
                                            Clerk of Court

By:    s/ Debra L. Samler

        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.