# In the United States Court of Federal Claims

No. 14-183L
(Filed: November 18, 2025)

|  |  |
|---|---|
| **IDEKER FARMS, INC.,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **UNITED STATES**, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On November 5, 2025, the Court held a status conference to discuss defendant's motion to stay, filed on October 1, 2025 (ECF 799), which cites the lapse in federal appropriations and the consequent furlough of certain government employees. As agreed, counsel filed a joint status report on November 14, 2025, proposing a schedule to complete expert witness discovery for the Phase III plaintiffs. Counsel also offer their respective positions regarding potential trial dates. ECF 806. The Court adopts the expert witness discovery schedule proposed by the parties.

The Court intends to schedule the Phase III trial for October/November 2026. In the forthcoming January 23, 2026 joint status report, counsel shall propose a pretrial schedule, pretrial site visit locations and potential dates, and trial locations and dates in accordance with Appendix A ¶ VI(12) of the Rules of the United States Court of Federal Claims. For the convenience of the plaintiffs and potential witnesses, and mindful of the fall harvest, the Court is amenable to conducting trial in or near the federal districts where the affected properties are located. Counsel are advised that once trial commences, it will continue each business day until complete. Following trial, the Court will endeavor to promptly issue a decision addressing all remaining issues for the Phase III plaintiffs. For that reason, in accordance with Appendix A ¶ VII(19), no post-trial briefs will be requested. Instead, counsel will be directed to focus on Phase IV of this litigation.

Accordingly,

(1) The following modified schedule is **ADOPTED** to complete expert witness discovery for the Phase III plaintiffs:

   a. Defendant shall **PRODUCE** their rebuttal and affirmative expert reports to plaintiffs on or before **January 9, 2026**;

   b. Plaintiffs shall **PRODUCE** their rebuttal and any reply expert reports to defendant on or before **March 10, 2026**;

   c. Defendant shall **PRODUCE** any reply expert reports to plaintiffs on or before **May 11, 2026**; and

   d. Expert discovery shall **CLOSE** on or before **July 10, 2026**.

(2) The parties shall **FILE** joint status reports on **January 23, 2026**, **March 24, 2026**, and **May 26, 2026**, updating the Court on:

   a. The status of the tentative settlement reached with regard to the principal bellwether plaintiffs;

   b. The claim event forms produced by plaintiffs (e.g., status of anticipated dismissals, issues related to the completeness of the forms produced); and

   c. The status of expert witness discovery and pretrial preparations related to the Phase III plaintiffs.

   d. The parties' January 23, 2026 joint status report shall also include a joint proposal (or the parties' respective positions if agreement cannot be reached) regarding a pretrial and trial schedule consistent with this order.

   It is so **ORDERED**.

s/ Armando O. Bonilla<br>
Armando O. Bonilla<br>
Judge