## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

IDEKER FARMS, INC., *et al*.,               )
                                            )
              Plaintiffs,                   )       Case No.: 1:14-cv-00183-AOB
      v.                                    )
                                            )       Judge Armando O. Bonilla
UNITED STATES OF AMERICA,                   )
                                            )
              Defendant.                    )

### JOINT STATUS REPORT

Pursuant to the Court's November 18, 2025 Order, ECF No. 807, Plaintiffs and the United States (the "Parties") submit this joint status report.

1.     **Status of Principal Bellwether Settlement**.  As previously advised, the parties reached tentative agreement on the language for a settlement of the non-monetary terms of the Phase II claims and engaged surveyors to provide detailed legal descriptions. The surveyors have completed the Buffalo Hollow Farms survey.  Drafts of the Ideker Farms, Inc. and Adkins surveys have been prepared and are being reviewed by the parties. The parties anticipate completion of the surveys in the next couple of weeks.  The legal descriptions provided by the surveys will be added to the parties' draft settlement agreement.  The parties' tentative settlement will then be submitted to the Attorney General's authorized representative for review.

2.     **Status of Claim Event Forms**.  The parties have no update beyond what was contained in the parties' Joint Status Report on January 23, 2026.

3.     **Status of Expert Witness Discovery**.  Plaintiffs served their rebuttal and reply expert reports on March 10, 2026, with the following exception.  As disclosed in the January 23, 2026, Joint Status Report, on January 20, 2026, after consulting with the Defendant, Plaintiffs discovered that the Defendant's affirmative expert report of Dr. Christopher Olson had not been produced.  Defendant subsequently produced the report.  The parties thereafter reached an

109794681.2

agreement that Plaintiffs would serve their rebuttal reports to Government experts Dr. Olson and Dr. Holmes on March 20, 2026. Plaintiffs served their rebuttal reports on March 20, as agreed.

4. The United States' reply expert reports are due May 11, 2026.

5. The parties are developing an efficient schedule for expert depositions. Several depositions have been set in April.

6. The United States has listed fact witnesses from several government agencies (including FEMA, USDA and RMA) that may testify at trial. The United States previously agreed to produce fact witnesses it plans to call at trial for depositions at a later date. However, the parties have until August 21, 2026 to exchange witness lists. Additionally, there is not currently a trial procedure in place to address witnesses that testified in Phase I. While the Plaintiffs have inquired about these witnesses, at the present time the United States is not in a position to determine what fact witnesses it plans to call at trial. Plaintiffs are willing to discuss stipulations so that these witnesses do not need to be called live at trial. In lieu of live testimony of these fact witnesses, the United States is willing to discuss stipulations or testimony designations and will endeavor to do so when lead counsel returns from paternity leave in the middle of April. However, if Plaintiffs would prefer to begin depositions of the fact witness the United States may call at trial, then Plaintiffs may notice the depositions and the United States will produce the witnesses.

7. The parties are working to meet the remaining deadlines set in the Court's Pretrial Scheduling Order, ECF No. 809.

2

109794681.2

Dated:  March 24, 2026                         Respectfully submitted,


                                               ADAM R.F. GUSTAFSON
                                               Principal Deputy Assistant Attorney General
                                               United States Department of Justice
                                               Environment and Natural Resources Division


 s/ *Seth C. Wright*                            s/ *Peter Brocker*
Seth C. Wright                                 PETER BROCKER
        *Attorney of Record*                   JENNIFER SUNDOOK
E. Benton Keatley                              MYLES FLINT
        *Of Counsel*                           United States Department of Justice
Polsinelli PC                                  Environment & Natural Resources Division
900 West 48th Place, Suite 900                 Natural Resources Section
Kansas City, MO  64112                         86 Chambers Street, Fl. 3
Phone:  (816) 753-1000                         New York, NY 10007
                                               Phone: 212-637-2804

Benjamin D. Brown, DC 495836
        *Of Counsel*                           *Attorneys for the United States*
Alexander J. Noronha
        *Of Counsel*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 800
Washington, D.C. 20005
Phone:  (202) 408-4600


*Attorneys for Plaintiffs*


3

109794681.2