# In the United States Court of Federal Claims

No. 14-183L
(Filed: May 5, 2026)

|  |  |
|---|---|
| **IDEKER FARMS, INC.,** *et al.*, | ) |
|  | ) |
| *Plaintiffs,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| **UNITED STATES**, | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |

## ORDER

On May 1, 2026, the parties filed a joint motion for a status conference to discuss the Court's recent denial of their joint request to stay proceedings pending the completion of scheduled mediation (ECF 813, 814).  ECF 816.

For good cause shown,

(1) The parties' joint motion for a status conference (ECF 816) is **GRANTED**; and

(2) The Court hereby **SCHEDULES** a status conference for **Tuesday, May 12, 2026, at 2:30 PM (EDT)**.  The proceeding will be held at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge