**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| IDEKER FARMS, INC., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Case No.: 1:14-cv-00183-AOB |
| v. | ) |
| | ) Judge Armando O. Bonilla |
| UNITED STATES, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**JOINT STATUS REPORT ON MEDIATION**

Pursuant to the Court's Amended Phase III Pretrial Scheduling Order (ECF No. 818), the Parties submit this Joint Status Report of their mediation and settlement discussions.

The Honorable Diane Wood conducted an in-person mediation session in Chicago, Illinois on May 26-28, which was attended in part by the Department of Justice's Environment and Natural Resources Division management. Much of this three-day mediation session involved table-setting discussions between the Parties of disputed issues to be resolved in any potential settlement as well as the compilation and exchange of a significant amount of data concerning each Plaintiff's claims and claimed damages. Late on May 28, the final day of this initial mediation session, Judge Wood circulated a detailed proposed global settlement framework, which included proposed groupings of Plaintiffs, proposed formulas that could be used to calculate permanent flowage easements, and proposed discounts on Plaintiffs' claims for crop losses and other losses.

The Parties agreed to continue mediating through virtual sessions with Judge Wood on June 3-4. During these sessions and over email, the Parties continued to exchange information and their respective positions on Judge Wood's proposed settlement framework. Late this afternoon (June 4), and after meeting separately with each side earlier in the day, Judge Wood informed the

1

Parties that both sides had an appetite to compromise in good faith and that they may actually be closer to reaching agreement on a global settlement framework than they may have thought. After sharing this observation with the Parties in a joint session, Judge Wood recommended that the Parties continue their productive discussions on developing a settlement framework and expressed her belief that a settlement to resolve this case is a real possibility.

In light of Judge Wood's assessment of the Parties' progress during their initial mediation sessions, the Parties respectfully request that the Court extend the deadlines in the Amended Phase III Pretrial Scheduling Order (ECF No. 818) to permit the Parties an opportunity to conduct additional in-person mediation sessions with Judge Wood and prioritize their time and resources on developing a settlement framework that both sides can agree upon and can ultimately be approved by DOJ leadership. As the Court has been previously advised, Plaintiffs' lead counsel, Seth Wright, has a two-week family vacation scheduled overseas from June 8-22. As a result, and taking into account the 4th of July holiday, the Parties respectfully request an extension of time until July 10. The Parties are in the process of scheduling additional in person mediation sessions in Chicago with Judge Wood the weeks of June 22 and/or June 29. The Parties have carefully considered the Court's guidance during the recent Status Conference and do not make this extension request lightly. In considering this joint request, if the Court has any questions or concerns about the progress of mediation or the Parties' willingness to agree to compromise positions, Judge Wood has indicated that she is willing to conduct a call with the Court.[1]

---

[1] The Parties jointly consent to the Court discussing these matters with Judge Wood. The Parties will provide Judge Wood's email address and phone number to Chambers by email so that it is not included in a public filing.

2

Dated: June 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ *Seth C. Wright*

Seth C. Wright
    *Attorney of Record*
E. Benton Keatley
    *Of Counsel*
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, MO  64112
Phone:  (816) 753-1000

Benjamin D. Brown, DC 495836
    *Of Counsel*
Alexander J. Noronha
    *Of Counsel*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 800
Washington, D.C. 20005
Phone:  (202) 408-4600

*Attorneys for Plaintiffs*

s/ *Peter Brocker*

PETER BROCKER
JENNIFER SUNDOOK
MYLES FLINT
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
86 Chambers Street, Fl. 3
New York, NY 10007
Phone: 212-637-2804

*Attorneys for the United States*

3