# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IDEKER FARMS, INC., *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No.: 1:14-cv-00183-AOB |
| v. | ) | |
| | ) | Judge Armando O. Bonilla |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## STATUS REPORT REGARDING THE PHASE II SETTLEMENT

The United States submits this status report in response to the Court's July 7, 2026 Order, ECF No. 827, to update the Court on the status of the Phase II Principal Bellwether Plaintiffs' settlement. The United States is pleased to report that this settlement has now been approved by the Attorney General's Authorized representative. Undersigned defense counsel informed Plaintiffs' counsel of this new development this afternoon via e-mail and expects that the parties will have an executed settlement agreement in the coming days.

Respectfully submitted this 7 day of August 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Peter W. Brocker*
PETER W. BROCKER
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
86 Chambers Street, 3d Fl.
New York, NY 10007
T: (202) 598-3370
E: peter.brocker@usdoj.gov

1

2

*Counsel for the United States*